# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA S. MOBREY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1283 |
| | ) | |
| v. | ) | Judge Flowers Conti |
| | ) | Magistrate Judge Caiazza |
| LASOSKY'S PERSONAL CARE HOME, INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

On October 5, 2006, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On December 4, 2007, the magistrate judge issued a Report (Doc. 26) recommending that the Defendants' Motion for Summary Judgment (Doc. 24) be granted, and that the District Court decline to exercise supplemental jurisdiction over the Plaintiff's state law claims.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 7th day of January, 2007, IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment (Doc. 24) is **GRANTED**,

and the District Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims.

The Report and Recommendation of Magistrate Judge Caiazza dated December 4, 2007 is hereby adopted as the opinion of the District Court.

/S/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:

Lois E. Glanby, Esq.
Kimberly J. Kisner, Esq.